IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KENNETH J. KENDRICK,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

v.

CASE NO. 1D16-4304

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____/

Opinion filed April 19, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Kenneth J. Kendrick, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Brett Coleman, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of certiorari is denied on the merits.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.